AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

```
                FILED
        U.S. DISTRICT COURT
        2010 SEP 16  P 2: 29
         DISTRICT OF UTAH
        BY:_____
              DEPUTY CLERK
```

| | |
|---|---|
| United States of America | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| Gaylen Palmer, Laurel Palmer, LVNV Funding LLC, Federated Financial Advanta Business Cards | |

Case Number: 2:08 cv 852 CW

**IT IS ORDERED AND ADJUDGED**

that judgment be entered in favor of the plaintiff and against the defendants as follows:
1. against Gaylen Palmer in the amount of $984,765.98 plus accrued interest and penalties as provided by law from June 30, 2010,
2. against Gaylen Palmer for claims pertaining to Route 66 Radio LLC in the amount of $21,065.73 plus interest and penalties as provided by law from June 30, 2010,
3. against Laurel Palmer in the amount of $13,040.62 plus accrued interest and penalties as provided by law from June 30, 2010,
4. against Laurel Palmer for claims pertaining to Route 66 Radio LLC in the amount of $21,043,37 plus interest and penalties as provided by law from June 30, 2010,
5. the United States has valid and subsisting federal tax lens on all property and rights to property of defendants Galen Palmer and Laurel Palmer, both real and personal, tangible and intangible, including their interest in the subject property of the action,
6. that judgment be entered against defendants LVNV Funding and Federated Financial Advanta Business Cards and their liens upon the subject property are released, and
7. the federal tax liens against Gaylen Palmer and Laurel Palmer encumbering the subject property be foreclosed and said property be sold pursuant to 26 U.S.C. § 7403 and 28 U.S.C. § 2001 and the proceeds shall be distributed pursuant to the order of foreclosure and decree of sale entered by the court on September 3, 2010.

| | |
|---|---|
| September 16, 2010 | D. Mark Jones |
| *Date* | *Clerk of Court* |
| | *(By) Deputy Clerk* |